IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA : 

v. : CRIMINAL NO. AW-08-0043

EDUARDO PUENTES :

...oooOooo...

## GOVERNMENT EXHIBIT LIST

| Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| A-1 | Excerpt from Puentes Alien file | E. Kelly MAR 20 2009 | MAR 20 2009 |
| Allstate-1 | Allstate Insurance - Application for Eduardo Puentes (May 4, 1995) | M. McKenna MAR 18 2009 | MAR 18 2009 |
| Allstate-2 | Allstate Insurance - Policy Declarations | M. McKenna MAR 18 2009 | MAR 18 2009 |
| Allstate-3 | Allstate Insurance - Named Driver Exclusion Form | M. McKenna MAR 18 2009 | MAR 18 2009 |
| Allstate-4 | Allstate Insurance - Payment Records for Eduardo Puentes | M. McKenna MAR 18 2009 | MAR 18 2009 |
| Allstate-5 | Allstate Insurance - Application for Eduardo Puentes (July 11, 2002) | M. McKenna MAR 18 2009 | MAR 18 2009 |
| Allstate-6 | Allstate Insurance - Policy Declarations | M. McKenna MAR 18 2009 | MAR 18 2009 |
| Allstate-7 | Allstate Insurance - Payment Records for Interstate Classic Inc. | M. McKenna MAR 18 2009 | MAR 18 2009 |
| Allstate-8 | Summary chart of Allstate Insurance records | M. McKenna MAR 18 2009 | MAR 18 2009 |
| Audio-1 | CD of recorded calls | A. Valentino MAR 17 2009 | MAR 17 2009 |
| Bank of America-1 | Account Records for Interstate Classic Shuttle, Inc. | E. Kelly MAR 20 2009 | MAR 20 2009 |
| Bank of America-2 | Interstate Classic Shuttle, Inc. check to Hill & Sanders Ford (June 1, 2005) | E. Kelly MAR 20 2009 | MAR 20 2009 |
| Bank of America-3 | Interstate Classic Shuttle, Inc. check to Eduardo Puentes (October 16, 2005) | E. Kelly MAR 20 2009 | MAR 20 2009 |

| Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| Gardens-1 | Leasing Records for Campus Gardens, Unit 107 | B. mickovic MAR 18 2009 | MAR 18 2009 |
| Gonzalez-1 | Invoice from Metropolitan Transmission Auto Repair for Toyota Camry | C. Davis MAR 20 2009 | MAR 20 2009 |
| Gonzalez-2 | Two cards/tabs for "computer repairs" | C. Davis MAR 20 2009 | MAR 20 2009 |
| Gonzalez-3 | Page from notebook - with listing of days of week and expenses | C. Davis MAR 20 2009 | MAR 20 2009 |
| Jail -1 | Montgomery County Department of Correction and Rehabilitation 2007 Visiting List | E. Kelly MAR 20 2009 | MAR 20 2009 |
| Luis-1 | Allstate Insurance - Customer Service Request re: Interstate Classic Inc. | C. Davis MAR 20 2009 | MAR 20 2009 |
| Luis-2 | Deposit slips for Luis Guil | C. Davis MAR 20 2009 | MAR 20 2009 |
| Luis-3 | Bally's Total Fitness ID card for "Martha Pereira" | C. Davis MAR 20 2009 | MAR 20 2009 |
| Luis-4 | Receipt from Fairfax County General District Court for payment of bond paid by Fernanda Guil | C. Davis MAR 20 2009 | MAR 20 2009 |
| Luis-5 | Kodak disposable camera | C. Davis MAR 20 2009 | MAR 20 2009 |
| Luis-5a | Two pictures - Toyota; Toyota and two males | C. Davis MAR 20 2009 | MAR 20 2009 |
| Luis-6 | Keys with keychain | C. Davis MAR 20 2009 | MAR 20 2009 |
| Luis-7 | Condoms | C. Davis MAR 20 2009 | MAR 20 2009 |
| MVA-1 | Maryland MVA records re: 2002 Toyota Corolla | F. Sheeler MAR 19 2009 | MAR 19 2009 |
| MVA-2 | Maryland MVA records re: 1994 Ford Van | F. Sheeler MAR 19 2009 | MAR 19 2009 |
| MVA-3 | Maryland MVA records re: 1999 Dodge Ram 3500 | F. Sheeler MAR 19 2009 | MAR 19 2009 |
| MVA-4 | Maryland MVA records re: sale of 1999 Dodge Ram 3500 | F. Sheeler MAR 19 2009 | MAR 19 2009 |
| MVA-5 | Maryland MVA records re: 1997 Honda CR-V | F. Sheeler MAR 19 2009 | MAR 19 2009 |

| Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| MVA-6 | Maryland MVA records re: 2000 Ford Van | F. Sheeler MAR 19 2009 | MAR 19 2009 |
| NJ-1 | Ripped paper with days of week and numbers with amounts (Viki) | A. Valentino MAR 17 2009 | MAR 17 2009 |
| NJ-2 | Envelope with days of week and numbers with amounts | A. Valentino MAR 17 2009 | MAR 17 2009 |
| NJ-3 | Envelope with days of week and numbers with amounts (Indio) | A. Valentino MAR 17 2009 | MAR 17 2009 |
| NJ-4 | Partial Envelope with list of supplies | A. Valentino MAR 17 2009 | MAR 17 2009 |
| NJ-5 | Envelope with days of week and numbers with amounts (Viki) | A. Valentino MAR 17 2009 | MAR 17 2009 |
| NJ-6 | Notebook with soccer ball | A. Valentino MAR 17 2009 | MAR 17 2009 |
| NJ-7 | Document with "Express America" letterhead | A. Valentino MAR 17 2009 | MAR 17 2009 |
| NJ-8 | Key chain with teddy bear cartoon | A. Valentino MAR 17 2009 | MAR 17 2009 |
| NJ-9 | Registration for Dodge Van to Interstate Classic Shuttle, Inc. | A. Valentino MAR 17 2009 | MAR 17 2009 |
| NJ-10 | Photocopy of Aida Pereira New York Driver License | A. Valentino MAR 17 2009 | MAR 17 2009 |
| NJ-11 | Surveillance Photos - Woman with bag; Woman with man loading bag into van | A. Valentino MAR 17 2009 | MAR 17 2009 |
| NJ-12 | Surveillance Photos - Man, woman, and van; Man closing rear door of van | A. Valentino MAR 17 2009 | MAR 17 2009 |
| NJ-13 | Surveillance Photos - Man, woman, and van; Man's Face | A. Valentino MAR 17 2009 | MAR 17 2009 |
| NJ-14 | Surveillance Photos - One white van and one darker color van; Rear of darker van; Rear of white van with Maryland 86169 CB tag | A. Valentino MAR 17 2009 | MAR 17 2009 |
| Photo-1 | Photo of 9311 19th Street apartment building | J. Contrera MAR 19 2009 | MAR 19 2009 |
| Photo-2 | Photo of 2011 15th Street apartment building | J. Contrera MAR 19 2009 | MAR 19 2009 |

| Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| Photo-3 | Photo of 8250 New Hampshire Avenue apartment building | M. Arizandieta MAR 2 0 2009 | MAR 2 0 2009 |
| Photo-4 | Photo of 1422 University Boulevard apartment building | C. Davis MAR 2 0 2009 | MAR 2 0 2009 |
| Photo-5 | Photo of University Gardens apartments | | |
| Photo-6 | Photo of University Gardens apartments | | |
| Phone-1 | Summary chart of call frequency with 301-213-1507 | E. Kelly MAR 2 0 2009 | MAR 2 0 2009 |
| Plea-1 | Plea Agreement for Marta Arizandieta | M. Arizandieta MAR 2 0 2009 | MAR 2 0 2009 |
| Sprint-1 | Subscriber records for 301-213-1507 | A. Valentino MAR 1 7 2009 | MAR 1 7 2009 |
| Sprint-2 | Subscriber records for 301-613-7816 | A. Valentino MAR 1 7 2009 | MAR 1 7 2009 |
| Sprint-3 | Subscriber records for 301-379-4165 | A. Valentino MAR 1 7 2009 | MAR 1 7 2009 |
| Stipulation-1 | Stipulation re: translations in Transcript-1 | Read into record by C. Park MAR 1 7 2009 | MAR 1 7 2009 |
| SW-1 | Box of condoms (packaged in ziplocs) - B - living room wall | C. Davis MAR 2 0 2009 | MAR 2 0 2009 |
| SW-2 | Box of condoms (packaged in ziplocs) - B - living room wall | C. Davis MAR 2 0 2009 | MAR 2 0 2009 |
| SW-3 | Box of condoms (packaged in ziplocs) - B - living room wall | C. Davis MAR 2 0 2009 | MAR 2 0 2009 |
| SW-4 | Black canvas bag | C. Davis MAR 2 0 2009 | MAR 2 0 2009 |
| SW-5 | Gloves, masks, and sunglasses | C. Davis MAR 2 0 2009 | MAR 2 0 2009 |
| SW-6 | Duct tape | C. Davis MAR 2 0 2009 | MAR 2 0 2009 |
| SW-7 | 3 Steak knives | C. Davis MAR 2 0 2009 | MAR 2 0 2009 |
| SW-8 | Smith & Wesson, Model Magnum, .357 caliber and 6 rounds of .357 caliber ammunition | C. Davis MAR 2 0 2009 | MAR 2 0 2009 |
| SW-9 | Titan .25 caliber | C. Davis MAR 2 0 2009 | MAR 2 0 2009 |
| SW-10 | 7 Envelopes originally containing cash | M. Arizandieta MAR 1 9 2009 | MAR 1 9 2009 |

| Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| SW-11 | Bag from hall closet with condoms and lubricant | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-12 | Yellow plastic bag with condoms and separate ziploc bag with cards and lubricant | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-13 | Pages of uncut cards | I. Mendez-Lopez MAR 18 2009 | MAR 18 2009 |
| SW-14 | Blue plastic notepad | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-15 | Car service records for Prestige Auto Body for 1999 Toyota Camry | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-16 | Allstate Insurance - Customer Service Request re: cancellation of policy | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-17 | Picture of Luis with large white van | I. Mendez-Lopez MAR 18 2009 | MAR 18 2009 |
| SW-18 | Service record for 1999 Dodge Ram Van for "Edwardo Puentes" | F. Sheeler MAR 19 2009 | MAR 19 2009 |
| SW-19 | Blue Five Star notebook | S. Blumberg-Lorenzana MAR 19 2009 | MAR 19 2009 |
| SW-19a | Translation of blue Five Star notebook | S. Blumberg-Lorenzana MAR 19 2009 | MAR 19 2009 |
| SW-20 | List of Income/Expenses for Tax Return | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-21 | Check to Hill & Sanders Ford from Interstate Classic Shuttle, Inc. (June 1, 2005) | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-22 | Two checks to Allstate from Interstate Classic Shuttle, Inc. (May 20, 2005 and June 21, 2005) | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-23 | Purple spiral-bound notebook with drawings on front cover | A. Valentine MAR 17 2009 | MAR 17 2009 |
| SW-24 | Green spiral-bound notebook | S. Blumberg-Lorenzana MAR 19 2009 | MAR 19 2009 |
| SW-24a | Translation of green spiral-bound notebook | S. Blumberg-Lorenzana MAR 19 2009 | MAR 19 2009 |
| SW-25 | Comcast and Dish Network bills to Aida Periera and Sindy Arizandieta | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-26 | Maryland MVA registration of Toyota 4S to Eduardo Puentes | F. Sheeler MAR 19 2009 | MAR 19 2009 |

| Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| SW-27 | Maryland MVA registration of Ford Van to Interstate Classic Shuttle, Inc. | F. Sheeler MAR 19 2009 | MAR 19 2009 |
| SW-28 | Maryland Insurance Card for Ford Econo Van to Interstate Classic Inc. | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-29 | Maryland Insurance Card for Ford Econo Van to Interstate Classic Inc. | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-30 | Maryland Insurance Card for Ford Econo Van to Interstate Classic Inc. | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-31 | Maryland Proof of Insurance Card for Eduardo Puentes for 2002 Toyota Corolla | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-32 | Maryland MVA registration for Ford Van to Interstate Classic Shuttle, Inc. | F. Sheeler MAR 19 2009 | MAR 19 2009 |
| SW-33 | Maryland MVA receipt to Interstate Classic Shuttle, Inc. | F. Sheeler MAR 19 2009 | MAR 19 2009 |
| SW-34 | Small notebook with waterfall/river picture on cover | S. Blumberg-Lorenzana MAR 19 2009 | MAR 19 2009 |
| SW-34a | Translation of small notebook with waterfall/river picture on cover | S. Blumberg-Lorenzana MAR 19 2009 | MAR 19 2009 |
| SW-35 | Photo of red door numbered 704 | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-36 | Photo of hallway and open door of bathroom | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-37 | Photo of living room facing clock | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-38 | Photo of dining room | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-39 | Photo of computer desk | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-40 | Photo of box of condoms packaged in ziploc bags | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-41 | Photo of box of condoms packaged in ziploc bags | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-42 | Photo of uncut cards on floor under desk | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-43 | Photo of uncut cards | C. Davis MAR 20 2009 | MAR 20 2009 |

| Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| SW-44 | Photo of blue plastic notepad | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-45 | Photo of photo of male with large white van | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-46 | Photo of ziploc bag of condoms in white shopping bag next to baby shampoo | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-47 | Photo of interior of closet | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-48 | Photo of bedroom with four beds | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-49 | Photo of bedroom showing three beds | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-50 | Photo of purple spiral-bound notebook with drawings on front cover | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-51 | Photo of first page of notebook | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-52 | Photo of box of condoms underneath uplifted mattress | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-53 | Photo of yellow plastic shopping bag containing ziploc bags of condoms | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-54 | Photo of interior of closet showing open envelope box | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-55 | Photo of envelopes with writing | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-56 | Photo of $1000 cash | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-57 | Photo of $1741 cash | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-58 | Photo of $740 cash | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-59 | Photo of 7 envelopes with cash | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-60 | Photo of $307 cash | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-61 | Photo of envelope and paper marked $0 | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-62 | Photo of $925 cash | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-63 | Photo of $665 cash | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-64 | Photo of checks from Interstate Classic Shuttle, Inc. in ziploc bag | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-65 | Photo of black canvas bag in white dresser drawer | C. Davis MAR 20 2009 | MAR 20 2009 |

| Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| SW-66 | Photo of masks, sunglasses, gloves, duct tape, canvas bag, and foil wrapped objects | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-67 | Photo of 3 steak knives and aluminum foil wrapping | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-68 | Photo of Titan .25 caliber and aluminum foil wrapping | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-69 | Photo of Smith & Wesson, Model Magnum, .357 caliber | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-70 | Photo of loaded cylinder of Smith & Wesson, Model Magnum, .357 caliber | C. Davis MAR 20 2009 | MAR 20 2009 |
| SW-71 | Business cards with translation translation | S. Blumberg-Lorenzana MAR 19 2009 | MAR 19 2009 |
| SW-72 | Page of uncut cards with translation | S. Blumberg-Lorenzana MAR 19 2009 | MAR 19 2009 |
| Transcripts-1 | Binder of transcripts of recorded calls | A. Valentino MAR 17 2009 | MAR 17 2009 |
| Wayne Ave-1 | Electronic leasing records for 75 East Wayne Avenue, Unit 201 | V. Michelena MAR 19 2009 | MAR 19 2009 |
| Wayne Ave-2 | Leasing records file for 75 East Wayne Avenue, Unit 201 | V. Michelena MAR 19 2009 | MAR 19 2009 |
| Wayne Ave-3 | Electronic leasing records for 25 East Wayne Avenue, Unit 807 | V. Michelena MAR 19 2009 | MAR 19 2009 |
| Wayne Ave-4 | Leasing records file for 25 East Wayne Avenue, Unit 807 | V. Michelena MAR 19 2009 | MAR 19 2009 |
| Wayne Ave-5 | Electronic leasing records for 75 East Wayne Avenue, Unit 704 | V. Michelena MAR 19 2009 | MAR 19 2009 |
| Wayne Ave-6 | Leasing records file for 75 East Wayne Avenue, Unit 704 | V. Michelena MAR 19 2009 | MAR 19 2009 |
| Wayne Ave-7 | Diagram of Wayne Manchester Towers apartment buildings | V. Michelena MAR 19 2009 | MAR 19 2009 |
| Wayne Ave-8 | Diagram of 2 bedroom apartment in Wayne Manchester Towers apartment buildings | V. Michelena MAR 19 2009 | MAR 19 2009 |
| Wayne Ave-9 | Parking Pass Information | V. Michelena MAR 19 2009 | MAR 19 2009 |

UNITED STATES OF AMERICA

vs.

EDUARDO PUENTES

Criminal No. AW 08-043                               GOVERNMENT'S Exhibits

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| Blumberg 1 | Mar 19 2009 | Mar 19 2009 | S. Blumberg | Resume of Shelley Blumberg-Lorenzana |
| Gardens 2 | Mar 18 2009 | Mar 18 2009 | B. Mickovic | Photo of 7905 Kreeger Drive (parking lot and building) |
| Gardens 3 | Mar 18 2009 | Mar 18 2009 | B. Mickovic | Photo of 7905 Kreeger Drive (parking lot and building) |
| Gardens 4 | Mar 18 2009 | Mar 18 2009 | B. Mickovic | Photo of 7905 Kreeger Drive (building) |
| Gardens 5 | Mar 18 2009 | Mar 18 2009 | B. Mickovic | Photo of 7905 Kreeger Drive (close-up of address plaque) |
| Gardens 6 | Mar 18 2009 | Mar 18 2009 | B. Mickovic | Photo of 7905 Kreeger Drive (close-up of pick-up truck in parking lot) |
| Phone 1 | Mar 23 2009 | Mar 23 2009 | E. Kelly | Summary Chart of call frequency of 301-379-4165 |
| Sprint 4 | Mar 17 2009 | Mar 17 2009 | A. Valentino | Subscriber Records for 301-404-0005 |
| Sprint 5 | Mar 23 2009 | Mar 23 2009 | E. Kelly | Billing Records for Eduardo Puentes |
| Verizon 1 | Mar 18 2009 | Mar 18 2009 | M. McKenna | Subscriber Information for 301-587-4044 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |